**Video Argument, 10:30 A.M.**                    **Wednesday, March 11, 2026**

**Stranch, Readler, Bloomekatz**

**25-1803   USA v. Edys Membreno Diaz**

United States of America                              gvt  Meghan Sweeney Bean
                                                            *5 Minutes Rebuttal*

     **Plaintiff – Appellant**

          **V.**

Edys Renan Membreno Diaz                             fpd  Fabian Renteria

     **Defendant – Appellee**

*Angie Ferguson, Courtroom Deputy*

Plaintiff appeals the sentence imposed upon the defendant's guilty plea to unlawful re-entry. (15 Minutes Per Side)